# United States District Court
# For The Western District of North Carolina
# Statesville Division

CALVIN A. TAUSS,

    Plaintiff(s),     JUDGMENT IN A CIVIL CASE

vs.     5:12CV58

E-BAY INC.
and PAY PAL INC.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2012 Order.

    Signed: May 22, 2012

    Frank G. Johns, Clerk
    United States District Court