# United States District Court
# For The Western District of North Carolina
# Statesville Division

CALVIN A. TAUSS,

    Plaintiff(s),

vs.

E-BAY INC.
and PAY PAL INC.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:12CV58

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2012 Order.

Signed: May 22, 2012

Frank G. Johns, Clerk
United States District Court